# United States Bankruptcy Court
# for the Eastern District of Virginia
### ___Alexandria___ Division

**IN RE:** DTREDS, LLC                                     Case No. _15-12488-KHK_

                                                           Adv. Pro. No. _17-01129-KHK_

                    Debtor(s)                              Chapter _11_

## TRANSMITTAL OF WITHDRAWAL OF REFERENCE
## TO THE U. S. DISTRICT COURT

**MOTION TO WITHDRAW REFERENCE:**

| | |
|---|---|
| DATE FILED: | January 9, 2018 |
| FILED BY (MOVANT): | Peraton, Inc, |
| ATTORNEY: | Ralph D. Rinaldi |

**RESPONSE TO MOTION TO WITHDRAW REFERENCE:**

| | |
|---|---|
| DATE DUE: | January 23, 2018 |
| FILED BY (RESPONDENT): | DTREDS, LLC |
| ATTORNEY: | Richard G. Hall |

**PLEADINGS TRANSMITTED TO U. S. DISTRICT COURT:**

- ✓ Motion to Withdraw Reference
- ✓ Memorandum in support of Motion to Withdraw Reference
- ✓ Response to Motion to Withdraw Reference
- ✓ Certified Copy of Bankruptcy Docket Sheet
- ✓ Designation of Record
- ___ Other Pertinent Record: _____

*WILLIAM C. REDDEN, CLERK OF COURT*
BY: /s/ Elizabeth W. Douglass
            Deputy Clerk

Date transmitted: _January 24, 2018_    Telephone No: _703-258-1221_

--------------------------------------------------------------------------------

U. S. DISTRICT COURT CASE NUMBER: _____
DATE: _____  BY: _____
**PLEASE RETURN SECOND COPY UPON COMPLETION**

cc: Attorney for Movant
    Attorney for Respondent